1  **EDWARD V. RIZZUTO  (SBN 250930)**
   **STEWART HUMPHERYS**
2  **MOLIN & GRIFFITH, LLP**
   **Post Office Box 720**
3  **Chico, California 95927**
   **Tel:  (530) 891-6111**
4  **Fax: (530) 894-2103**
   **Email:  erizzuto@chicolaw.com**
5
   **Attorneys for Plaintiff**
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  ROLAND HAAS,                              Case No.  2-12-CV-00265-MCE-KJN

12          Plaintiff,

13  vs.                                       STIPULATION  FOR  DISMISSAL  OF
                                              COUNTY OF EL DORADO AND RICH
14  COUNTY OF EL DORADO, et al.,              TODD; ORDER THEREON

15          Defendants.

16  _____/

17       IT IS HEREBY STIPULATED between the parties, Plaintiff ROLAND HAAS,

18  Defendants COUNTY OF EL DORADO and RICH TODD, Defendants CALIFORNIA TAHOE

19  EMERGENCY SERVICES OPERATIONS AUTHORITY (JPA) and SCOTT BLASSER and

20  JESSE SNYDER, and Defendants CITY OF SOUTH LAKE TAHOE, CHIEF BRIAN UHLER,

21  SGT. BRIAN WILLIAMS, OFFICER EISSINGER, OFFICER R. INMAN, OFFICER DEANNA

22  LEWIS, OFFICER MARTINEZ, CHIEF LORENZO GIGLIOTTI, CAPTAIN HERTEL, and

23  BRONSON MILLS, that this entire action be dismissed only as against Defendants COUNTY OF

24  EL DORADO and RICH TODD, with prejudice.  Plaintiff ROLAND HAAS and Defendants

25  COUNTY OF EL DORADO and RICH TODD shall each bear their own costs and attorney's

26  fees.

27

28
                                        -1

Stipulation Re Dismissal
El Dorado County

1    DATED: 4/20/12                    STEWART HUMPHREYS MOLIN & GRIFFITH, LLP

2

3                               By:    _____/S/_____
                                       EDWARD V. RIZZUTTO, # 250930
4                                      Attorney for Plaintiff
                                       ROLAND HAAS
5

6    DATED: 4/20/12                    BARKETT & GUMPERT

7

8

9                               By:    _____/S/_____
                                       FRANKLIN G. GUMPERT, #66051
10                                     Attorneys for Defendants
                                       COUNTY OF EL DORADO and RICH TODD
11

12   DATED: 4/20/12                    LEWIS BRISBOIS BISGAARD & SMITH, LLP

13

14                              By:    _____/S/_____
                                       JOSEPH A. SALAZAR, # 169551
15                                     Attorneys for Defendants
                                       CALIFORNIA TAHOE EMERGENCY SERVICES
16                                     OPERATIONS AUTHORITY (JPA), SCOTT BLASSER<
                                       and JESSE SNYDER
17

18

19   DATED: 4/20/12                    LONGYEAR O'DEA AND LAVRA, LLP

20

21                              By:    _____/S/_____
                                       AMY B. LINDSEY-DOYLE # 242205
22                                     JOHN A. LAVRA, # 114533
                                       Attorneys for Defendants
23                                     CITY OF SOUTH LAKE TAHOE, CHIEF BRIAN UHLER,
                                       SGT. BRIAN WILLIAMS, OFFICER EISSINGER,
24                                     OFFICER R. INMAN, OFFICER DEANNA LEWIS,
                                       OFFICER MARTINEZ, CHIEF LORENZO GIGLIOTTI,
25                                     CAPTAIN HERTEL, and BRONSON MILLS

26

27

28
                                       -2

Stipulation Re Dismissal
El Dorado County

1

## ORDER DISMISSING COUNTY OF EL DORADO AND RICH TODD
## WITH PREJUDICE

2

3      THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD

4   CAUSE APPEARING,

5

6      IT IS HEREBY ORDERED that Defendants COUNTY OF EL DORADO and

7   RICH TODD be dismissed, with prejudice. Plaintiff ROLAND HAAS and Defendants COUNTY

8   OF EL DORADO and RICH TODD shall each bear their own costs and attorney's fees.  The case

9   remains active against the remaining Defendants.

10

11   Dated:  May 3, 2012

12

13      MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3

Stipulation Re Dismissal
El Dorado County