**EDWARD V. RIZZUTO  (SBN 250930)**
**STEWART HUMPHERYS**
**MOLIN & GRIFFITH, LLP**
**Post Office Box 720**
**Chico, California 95927**
**Tel:  (530) 891-6111**
**Fax: (530) 894-2103**
**Email:  erizzuto@chicolaw.com**

**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND HAAS, | Case No.  2-12-CV-00265-MCE-KJN |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL OF COUNTY OF EL DORADO AND RICH TODD; ORDER THEREON |
| COUNTY OF EL DORADO, et al., | |
| Defendants. / | |

IT IS HEREBY STIPULATED between the parties, Plaintiff ROLAND HAAS, Defendants COUNTY OF EL DORADO and RICH TODD, Defendants CALIFORNIA TAHOE EMERGENCY SERVICES OPERATIONS AUTHORITY (JPA) and SCOTT BLASSER and JESSE SNYDER, and Defendants CITY OF SOUTH LAKE TAHOE, CHIEF BRIAN UHLER, SGT. BRIAN WILLIAMS, OFFICER EISSINGER, OFFICER R. INMAN, OFFICER DEANNA LEWIS, OFFICER MARTINEZ, CHIEF LORENZO GIGLIOTTI, CAPTAIN HERTEL, and BRONSON MILLS, that this entire action be dismissed only as against Defendants COUNTY OF EL DORADO and RICH TODD, with prejudice.  Plaintiff ROLAND HAAS and Defendants COUNTY OF EL DORADO and RICH TODD shall each bear their own costs and attorney's fees.

-1

1 | DATED: 4/20/12                STEWART HUMPHREYS MOLIN & GRIFFITH, LLP

2

3                          By:       /S/
                                  EDWARD V. RIZZUTTO, # 250930
4                                 Attorney for Plaintiff
                                  ROLAND HAAS
5

6 | DATED: 4/20/12                BARKETT & GUMPERT

7

8

9                          By:       /S/
                                  FRANKLIN G. GUMPERT, #66051
10                                Attorneys for Defendants
                                  COUNTY OF EL DORADO and RICH TODD
11

12 | DATED: 4/20/12               LEWIS BRISBOIS BISGAARD & SMITH, LLP

13

14                         By:       /S/
                                  JOSEPH A. SALAZAR, # 169551
15                                Attorneys for Defendants
                                  CALIFORNIA TAHOE EMERGENCY SERVICES
16                                OPERATIONS AUTHORITY (JPA), SCOTT BLASSER<
                                  and JESSE SNYDER
17

18

19 | DATED: 4/20/12               LONGYEAR O'DEA AND LAVRA, LLP

20

21                         By:       /S/
                                  AMY B. LINDSEY-DOYLE # 242205
22                                JOHN A. LAVRA, # 114533
                                  Attorneys for Defendants
23                                CITY OF SOUTH LAKE TAHOE, CHIEF BRIAN UHLER,
                                  SGT. BRIAN WILLIAMS, OFFICER EISSINGER,
24                                OFFICER R. INMAN, OFFICER DEANNA LEWIS,
                                  OFFICER MARTINEZ, CHIEF LORENZO GIGLIOTTI,
25                                CAPTAIN HERTEL, and BRONSON MILLS

26

27

28

Stipulation Re Dismissal
El Dorado County

## ORDER DISMISSING COUNTY OF EL DORADO AND RICH TODD WITH PREJUDICE

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendants COUNTY OF EL DORADO and RICH TODD be dismissed, with prejudice. Plaintiff ROLAND HAAS and Defendants COUNTY OF EL DORADO and RICH TODD shall each bear their own costs and attorney's fees.  The case remains active against the remaining Defendants.

Dated:  May 3, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation Re Dismissal
El Dorado County