UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROLAND HAAS                                    No. 2:12-cv-00265-MCE-KJN

      Plaintiff,
v.                                             MEMORANDUM AND ORDER

CITY OF SOUTH LAKE TAHOE, et al.,

      Defendants.

----oo0oo----

Presently before the Court is a Motion to Dismiss ("Motion") (ECF No. 12) filed by Defendant City of South Lake Tahoe and various individual Defendants (collectively "Defendants"). On May 8, 2012, Plaintiff Roland Haas timely filed a First Amended Complaint (ECF No. 26). See Memorandum and Order (ECF No. 21), 28:15-29:4. Defendants' Motion is thus DENIED as moot.

IT IS SO ORDERED.

Dated: May 11, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1