1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  3620 American River Drive, Suite 230
   Sacramento, CA 95864
3  *Attorneys for* City Of South Lake Tahoe,
   Police Chief Brian Uhler, Sergeant Brian Williams,
4  Officer Eissinger, Officer Inman,
   Officer Lewis, Officer Martinez,
5  Bronson Mills, Chris Hertel (Sued herein as Caption (sp) Hertel)
   Fire Chief Lorenzo Gigliotti
6
   STEWART HUMPHERYS MOLIN & GRIFFITH, LLP
7  Richard Molin, CSB No.: 250930
   3120 Cohasset Road, No. 6
8  Chico, CA 95926
   *Attorney for* Plaintiff
9
   LEWIS BRISBOIS BISGAARD & SMITH LLP
10 Joseph Salazar CSB No.: 169551
   2850 Gateway Oaks Drive, Suite 450
11 Sacramento, California 95833
   *Attorneys for* Defendants California Tahoe Emergency
12 Services Operations Authority,
   Scott Blasser, and Jesse Snyder
13

14                    UNITED STATES DISTRICT COURT

15           CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

16 | **ROLAND HAAS,**                          ) | Case No.: 2:12-CV-00265-MCE-KJN
17 |         **Plaintiff,**                    ) |
   |                                           ) | **STIPULATION OF DISMISSAL**
18 |         **vs.**                           ) |
   |                                           ) |
19 | **COUNTY OF EL DORADO; CITY OF**          ) | Judge:  Hon. Morrison C. England, Jr.
   | **SOUTH LAKE TAHOE; CALIFORNIA**          ) |
20 | **TAHOE EMERGENCY SERVICES**              ) |
   | **OPERATIONS AUTHORITY (JPA); EL**        ) |
21 | **DORADO COUNTY AMBULANCE;**              ) |
   | **RICH TODD; CHIEF BRIAN UHLER;**         ) |
22 | **SGT. BRIAN WILLIAMS; OFFICER**          ) |
   | **BISSINGER; OFFICER R. INMAN;**          ) |
23 | **OFFICER DEANNA LEWIS; OFFICER**         ) |
   | **MARTINEZ; CHIEF LORENZO**               ) |
24 | **GIGLIOTTI; CAPTION HERTEL;**            ) |
   | **SCOTT BLASSER; Chris Hertel (Sued**     ) |
25 | **herein as Caption (sp) Hertel)**        ) |
   | **Fire Chief Lorenzo Gigliotti; JESSE**   ) |
26 | **SNYDER; DOES 1 through 50,**            ) |

27         **Defendants**

28

IT IS HEREBY STIPULATED by and between PLAINTIFF, **ROLAND HAAS,** and DEFENDANTS, COUNTY OF EL DORADO; CITY OF SOUTH LAKE TAHOE; CALIFORNIA TAHOE EMERGENCY SERVICES OPERATIONS AUTHORITY (JPA); EL DORADO COUNTY AMBULANCE; RICH TODD; CHIEF BRIAN UHLER; SGT. BRIAN WILLIAMS; OFFICER BISSINGER; OFFICER R. INMAN; OFFICER DEANNA LEWIS; OFFICER MARTINEZ; CHIEF LORENZO GIGLIOTTI; SCOTT BLASSER; CHRIS HERTEL (Sued herein as Caption (sp) Hertel); FIRE CHIEF LORENZO GIGLIOTTI; and JESSE SNYDER, through their designated counsel that all Defendants, are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), all parties to bear their own attorneys fees and legal costs.

IT IS SO STIPULATED:

Dated: July 3, 2013            **STEWART HUMPHERYS MOLIN & GRIFFITH, LLP**

*/S/ Richard Molin*
By:   **RICHARD MOLIN**
       *Attorney For Plaintiff*

Dated: July 3, 2013            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/S/ Joseph Salazar*
By:   **JOSEPH SALAZAR**

*Attorneys for Defendants*
California Tahoe Emergency Services Operations Authority, Scott Blasser, and Jesse Snyder

Dated: July 3, 2013            **LONGYEAR, O'DEA & LAVRA LLP**

*/S/ John A. Lavra*
By:   **JOHN A. LAVRA**
       **KELLEY S. KERN**

*Attorneys for Defendants*
City Of South Lake Tahoe, Police Chief Brian Uhler, Sergeant Brian Williams, Officer Eissinger, Officer Inman, Officer Lewis, Officer Martinez, Bronson Mills Chris Hertel (Sued herein as Caption (sp) Hertel) Fire Chief Lorenzo Gigliotti

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. This matter is dismissed in its entirety with prejudice with respect to the claims asserted by Plaintiff ROLAND HAAS, with each side to bear their own attorney's fees and costs.

2. This matter is dismissed in its entirety with prejudice with respect to the claims asserted against Defendants City Of South Lake Tahoe, Police Chief Brian Uhler, Sergeant Brian Williams, Officer Eissinger, Officer Inman, Officer Lewis, Officer Martinez, Bronson Mills, Chris Hertel, (Sued herein as Caption (sp) Hertel) Fire Chief Lorenzo Gigliotti, California Tahoe Emergency Services Operations Authority, Scott Blasser, and Jesse Snyder, with each side to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

**Dated: July 18, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT